CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200,
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

KENNETH R. VAN VLECK (SBN: 168313)
kvanvleck@gcalaw.com
WILLIAM C. CONNELL (SBN: 89124)
GCA LAW PARTNERS LLP
2570 W. El Camino Real, Suite 400
Mountain View, California 94040
Telephone: (650) 428-3900
Facsimiles: (650) 428-3901
Attorneys for Defendant
San Mateo Mall, LLC

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
5/13/2021

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　Plaintiff,<br><br>v.<br><br>SAN MATEO MALL, LLC, a California Limited Liability Company; and Does 1-10,<br><br>　　Defendant. | Case: 4:21-CV-00876-YGR<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

　　Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs.

1

This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: May 7, 2021     CENTER FOR DISABILITY ACCESS

By: /s/Amanda Seabock
Amanda Seabock
Attorney for Plaintiff

Dated:     GCA LAW PARTNERS LLP

By: _____
Kenneth R. Van Vleck
Attorneys for Defendant
San Mateo Mall, LLC

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | Dated: | CENTER FOR DISABILITY ACCESS |
| 4 | | By: _____ |
| 5 | | Amanda Seabock<br>Attorney for Plaintiff |
| 6 | | |
| 7 | | |
| 8 | Dated: April 27, 2021 | GCA LAW PARTNERS LLP |
| 9 | | |
| 10 | | *[signature]* |
| 11 | | By: _____<br>Kenneth R. Van Vleck |
| 12 | | Attorneys for Defendant<br>San Mateo Mall, LLC |

**SIGNATURE CERTIFICATION**